☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

　　　　- v. -

DANIEL FISCHER,

　　　　Defendant.

- - - - - - - - - - - - - - - - - x

**08 CRIM 237**

NOTICE OF INTENT TO FILE INFORMATION

08 Cr. _____

JUDGE SULLIVAN

　　　Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:　New York, New York
　　　　March 13, 2008

　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　PARVIN MOYNE
　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　AGREED AND CONSENTED TO:

　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　RUSSELL NEUFELD, ESQ.
　　　　　　　　　　　　　　　Attorney for DANIEL FISCHER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

3/14/08 WHEEL A