JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          -v.-                    :    08 Cr.

DANIEL FISCHER,

          Defendant.             :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1.     From in or about October 2005, through on or about November 7, 2007, in the Southern District of New York and elsewhere, DANIEL FISCHER, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.     It was a part and an object of the conspiracy that DANIEL FISCHER, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

3.     It was further a part and an object of the conspiracy that DANIEL FISCHER, the defendant, and others known and unknown, would and did distribute and possess with intent to

distribute a controlled substance, to wit, 3,4-methylenedioxymethamphetamine (in a form commonly known as "ecstasy"), in violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21, United States Code.

4.    It was further a part and an object of the conspiracy that DANIEL FISCHER, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, gamma hydroxybutyric acid (in form commonly known as "GHB"), in violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21, United States Code.

5.    It was further a part and an object of the conspiracy that DANIEL FISCHER, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, ketamine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(D) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

<u>FORFEITURE ALLEGATION</u>

6.    As a result of committing the controlled substance offense alleged in Count One of this Information, DANIEL FISCHER, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used

2

or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

7.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### DANIEL FISCHER,

Defendant.

### **INFORMATION**

08 Cr.

(21 U.S.C. § 846)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

*# Filed Waiver of Indictment & Information*

*Deft pres with attorney Mr.*

*US Atty pres Deft enters a plea of Not Guilty*

*A.U.S.A.*

*Pitman*
*U.S.M.J.*