JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :

      v.                        :
                                    08 Cr.
DANIEL FISCHER,                  :

         Defendant.         :
- - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _/s/ Daniel Fischer_____
                                        Defendant

                                        _/s/_____
                                        Witness

                                        _/s/_____
                                        Counsel for Defendant

Date:    New York, New York
           March 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008

0202