# MEMORANDUM

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 6/16/08     │
└─────────────────────────┘
```

TO:   Honorable Richard J. Sullivan
      U.S. District Judge

FROM: Carlos Ramirez
      U.S. Pretrial Services Officer

RE: USA v. Daniel Fisher
DOCKET #: 1-08-CR-237-01(RJS)

The attached memorandum was prepared by Pretrial Services Officer
Carlos Ramirez                                          805-4136
_____  _____
         Name                                      Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # __21c__ on __6/17/08__ at __4pm__.
                                       Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____ at his/her earliest convenience.
                         Judicial Officer

[ ]   So ordered: _____/s/ Richard J. Sullivan_____ Date: __6/16/08__
                         Judicial Officer