UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

United States of America

-v-

Daniel Fischer,

           Defendant.

Case No.
08-CR-0237 (RJS)

ORDER SETTING
SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

       IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Friday, January 9, 2009 at 10:00am in the United States District Court for the Southern District of New York, Courtroom 21 C for sentencing.

       Defendant's pre-sentence memoranda is to be received in Chambers not later than 4pm on December 29. Government's reply, if any, is to be received in Chambers not later than 4pm on January 5.

Dated: September 4, 2008
      New York, New York

                                RICHARD J. SULLIVAN
                                UNITED STATES DISTRICT JUDGE